UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Amy Lang v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 3:10-cv-11337-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 13, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         Deputy Clerk

**Dated:**  June 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.18
08:20:32 -05'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**